IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

PIERCE COUNTY JAIL, NANCY HOVE,
JERRY NELSON, SANDY LARSON,
SUE BROWN, and MELANIE BROOKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-615-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice.

_____       9/29/2010
Peter Oppeneer, Clerk of Court      Date